[No. 8804–9–III.   Division Three.   November 1, 1988.]

RICHARD E. VEST, *Respondent,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Defendant,* CROWN
ZELLERBACH CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 85–2–00221–2, John R. Thomas, J.,
entered August 3, 1987. *Affirmed* by unpublished opinion
per Stauffacher, J. Pro Tem., concurred in by Thompson,
C.J., and Munson, J.

[No. 8821–9–III.   Division Three.   November 1, 1988.]

JACK C. ROGERS, ET AL, *Appellants,* v. RAINIER NATIONAL
BANK, *Respondent.*

Appeal from a judgment of the Superior Court for
Stevens County, No. 86–2–00020–6, Larry M. Kristianson,
J., entered August 13, 1987. *Affirmed* by unpublished opin-
ion per Green, J., concurred in by Thompson, C.J., and
Munson, J.

[Nos. 10698–1–II; 10806–2–II.   Division Two.   November 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
WRIGHT, *Appellant.*

Appeals from judgments of the Superior Court for Pierce
County, No. 86–1–01639–4, J. Kelley Arnold, J., entered
January 21 and March 15, 1987. *Reversed* by unpublished
opinion per Worswick, J., concurred in by Reed, C.J., and
Petrich, J.